# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| RENE RONQUILLO, | CASE NO. 19cv1768-LAB (MDD) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 17]** |
| vs. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

The parties' Joint Stipulation of Dismissal, construed as a Joint Motion to Dismiss, is **GRANTED**. Dkt. 17. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: April 20, 2020

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -